IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ALBERT ATKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 06-3152 |
| | ) | |
| STEVEN C. BRYANT, | ) | |
| Warden and Illinois Attorney | ) | |
| General, | ) | |
| | ) | |
| Respondents. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner Albert Atkins's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (d/e 1). This is the initial consideration of Petitioner's Petition under Rule 4 of the Rules Governing § 2254 Cases.

After a review of the Petition, this Court finds that a summary dismissal is not warranted. Therefore, pursuant to Rule 4, the Court directs the Attorney General for the State of Illinois to respond to Petitioner Atkins's Petition. The response shall discuss the merits and the procedural posture of the Petition, i.e. whether Petitioner has exhausted his state

remedies and/or procedurally defaulted any claims.  <u>See</u> Rule 5 of the Rules Governing § 2254 Cases.

THEREFORE, the Attorney General for the State of Illinois is ordered to file on or before October 2, 2006, an answer pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases to Petitioner Atkins's Petition for a Writ of Habeas Corpus.

IT IS THEREFORE SO ORDERED.

ENTER:   July 24, 2006.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE
